JASON M. FRIERSON
United States Attorney
District of Nevada
Nevada Bar No. 7709
DANIEL R. SCHIESS
Assistant United States Attorney
Nevada Bar No. 5483
501 Las Vegas Blvd. South, Suite 1100
Las Vegas, Nevada 89101
Tel: (702) 388-6336
dan.schiess@usdoj.gov
*Attorneys for the United States*

UNITED STATES DISTRICT COURT
DISTRICT OF NEVADA

| | |
|---|---|
| United States of America,<br><br>　　　　　Plaintiff,<br><br>　　　　　v.<br><br>William L. Loomis,<br><br>　　　　　Defendant. | 2:20-cr-00128-KJD-BNW<br><br>Unopposed Motion to Dismiss Indictment Against Defendant Loomis Only |

　　　　The United States, by and through Jason M. Frierson, United States Attorney, and Daniel R. Schiess, Assistant United States Attorney, seeks leave of Court to dismiss the indictment without prejudice against defendant William L. Loomis only. Federal Rule of Criminal Procedure 48(a) authorizes the United States to seek leave of court to dismiss an indictment. The United States seeks to do so here for defendant Loomis only because he recently pled guilty and was sentenced on January 10, 2023, in the Clark County, Nevada,

District Court for crimes he committed arising out of the same acts that support the federal indictment against him in this case.

This motion is unopposed by defendant Loomis.

JASON M. FRIERSON
United States Attorney

*/s/ Daniel R. Schiess*
_____
Assistant United States Attorney

JASON M. FRIERSON
United States Attorney
Nevada Bar No. 7709
DANIEL R. SCHIESS
Assistant United States Attorney
Nevada Bar No. 5483
District of Nevada
501 Las Vegas Blvd. South, Suite 1100
Las Vegas, Nevada 89101
Tel: (702) 388-6336
dan.schiess@usdoj.gov
*Attorneys for the United States*

UNITED STATES DISTRICT COURT
DISTRICT OF NEVADA

| | |
|---|---|
| United States of America,<br><br>               Plaintiff,<br><br>          v.<br><br>William L. Loomis,<br><br>               Defendant. | 2:20-cr-00128-KJD-BNW<br><br>Order Granting Unopposed Motion to Dismiss Indictment Against Defendant Loomis Only |

The United States has filed an unopposed motion seeking leave to dismiss the indictment without prejudice against defendant William L. Loomis only. Federal Rule of Criminal Procedure 48(a) authorizes the United States to seek leave of court to dismiss an indictment. The United States seeks to dismiss the indictment against defendant Loomis because he recently pled guilty and was sentenced on January 10, 2023, in the Clark County, Nevada, District Court to crimes arising out of the same acts that support the federal indictment in this case.

For good cause appearing, and in the interest of justice, IT IS HEREBY ORDERED that the indictment is dismissed against defendant Loomis only

3

DATED this ___ day of _____, 2023.

                                                       _____
                                                       United States District Judge

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24