JASON M. FRIERSON
United States Attorney
District of Nevada
Nevada Bar No. 7709
DANIEL R. SCHIESS
Assistant United States Attorney
Nevada Bar No. 5483
501 Las Vegas Blvd. South, Suite 1100
Las Vegas, Nevada 89101
Tel: (702) 388-6336
dan.schiess@usdoj.gov
*Attorneys for the United States*

# UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA

| | |
|---|---|
| **United States of America,** | **2:20-cr-00128-KJD-BNW** |
| **Plaintiff,** | |
| **v.** | **Unopposed Motion to Dismiss Indictment Against Defendant Lynam Only** |
| **Andrew Lynam,** | |
| **Defendant.** | |

The United States, by and through Jason M. Frierson, United States Attorney, and

Daniel R. Schiess, Assistant United States Attorney, seeks leave of Court to dismiss the

indictment without prejudice against defendant Andrew Lynam only. Federal Rule of

Criminal Procedure 48(a) authorizes the United States to seek leave of court to dismiss an

indictment. The United States seeks to do so here for defendant Lynam only because he

recently pled guilty and was sentenced on March 2, 2023, in the Clark County, Nevada,

1   District Court, in case number C-20-348860-1, for crimes he committed arising out of the

2   same acts that support the federal indictment against him in this case.

3            This motion is unopposed by defendant Lynam.

4                                          JASON M. FRIERSON
                                           United States Attorney

5

6                                          */s/ Daniel R. Schiess*

                                           _____
7                                          Assistant United States Attorney

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

                                           2

JASON M. FRIERSON
United States Attorney
Nevada Bar No. 7709
DANIEL R. SCHIESS
Assistant United States Attorney
Nevada Bar No. 5483
District of Nevada
501 Las Vegas Blvd. South, Suite 1100
Las Vegas, Nevada 89101
Tel: (702) 388-6336
dan.schiess@usdoj.gov
*Attorneys for the United States*

# UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA

| | |
|---|---|
| **United States of America,** | **2:20-cr-00128-KJD-BNW** |
| **Plaintiff,** | |
| **v.** | **Order Granting Unopposed Motion to Dismiss Indictment Against Defendant Lynam Only** |
| **Andrew Lynam,** | |
| **Defendant.** | |

The United States has filed an unopposed motion seeking leave to dismiss the indictment without prejudice against defendant Andrew Lynam only. Federal Rule of Criminal Procedure 48(a) authorizes the United States to seek leave of court to dismiss an indictment. The United States seeks to dismiss the indictment against defendant Lynam because he recently pled guilty and was sentenced on March 2, 2023, in the Clark County, Nevada, District Court, in case number C-20-348860-1, for crimes he committed arising out of the same acts that support the federal indictment against him in this case.

For good cause appearing, and in the interest of justice, IT IS HEREBY ORDERED that the indictment is dismissed against defendant Lynam only

DATED this ___ day of _____, 2023.

                                           _____

                                           United States District Judge